COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER DENYING MOTION FOR EN BANC RECONSIDERATION

Cause number and style:      01–13–00040–CV; *Forest Oil Corporation v. El Rucio Land and Cattle Company, Inc., San Jacinto Land Partnership, Ltd., McAllen Trust Partnership, and James Argyle McAllen*

Date motions filed:              August 8, 2014

Party filing motions:           Appellant

It is ordered that Appellant's Motion for En Banc Reconsideration is denied.

It is so ORDERED.

Justice's signature: /s/Laura Carter Higley
                                    Acting for the En Banc Court

The en banc court consists of Chief Justice Radack and Justices Jennings, Higley, Sharp, and Brown.

Justices Keyes, Bland, Massengale, and Huddle not participating.

A majority of the justices of the Court voted to deny the Motion for En Banc Reconsideration.

Justice Brown dissents from the denial of the Motion for En Banc Reconsideration without opinion.

Date: October 21, 2014